# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| JENNIE JAMERSON, MOTHER AND NATURAL GUARDIAN OF M.R. | NUMBER: 5:15-CV-2610 |
| VERSUS | JUDGE S. MAURICE HICKS |
| DR. CHRISTOPHER CARTER AND ST. MARK'S CATHEDRAL SCHOOL | MAGISTRATE JUDGE HORNSBY |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal R. Civ. Proc. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice.

Respectfully submitted,

DOWNER, JONES, MARINO & WILHITE

s/Allison A. Jones
Allison A. Jones, #16990
401 Market Street, Ste. 1250
Shreveport, LA 71101
Telephone: (318) 213-4444
Telecopier: (318) 213-4445
Attorneys for Plaintiff, Jennie Jamerson, Mother
and Natural Guardian of M.R.

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

s/Edwin H. Byrd, III
Edwin H. Byrd, III  #19509
Donald Armand, Jr. #17444
400 Texas Street, Suite 400
Shreveport, LA 71101
Ph. (318) 221-1800  Fax: (318) 226-0390
Attorneys for Defendants, Dr. Christopher
Carter, and the Rector, Wardens and Vestrymen
of St. Mark's Church

BRADLEY, MURCHISON, KELLY & SHEA, LLC

F. John Reeks, Jr. #11134
401 Edwards Street, Ste. 1000
Shreveport, LA  71101-5529
Telephone:   (318) 227-1131
Telecopier:   (318) 227-1141

Attorneys for the Rector, Wardens and
Vestrymen of St. Marks Church